UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NYU LANGONE HOSPITALS,

                Plaintiff,

-against-

THE CONSOLIDATED EDISON, INC.
MASTER HEALTH PLAN FOR ELIGIBLE
EMPLOYEES OF CONSOLIDATED
EDISON COMPANY OF NEW YORK,
INC.; ORANGE AND ROCKLAND
UTILITIES, INC.; AND CERTAIN
AFFILIATES OF CONSOLIDATED ED,

                Defendant.

**ORDER**

21 Civ. 4710 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        At the parties' request, this case will be stayed for thirty days to permit settlement discussions. On or before **October 22, 2021**, the parties will submit a joint letter concerning the status of settlement negotiations. If the parties have not settled by that time, this Court will enter a case management plan. The conference scheduled for October 7, 2021 is adjourned sine die.

Dated: New York, New York
       September 23, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge